IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GENEVA LYONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:20-cv-245-ECM |
| ) | |
| HOWMEDICA OSTEONICS ) | |
| CORPORATION, *et al*., ) | |
| ) | |
| Defendants. ) | |

**NOTICE TO THE PARTIES**

It has come to the Court's attention that while she has presided over this case, in a managed account, she owned stock in Stryker Corporation, the parent company of Defendant Howmedica Osteonics Corporation. Her ownership of stock neither affected nor impacted any decision in this case.

By this notice, the undersigned recuses from this action pursuant to Canon 3C(1) of the Code of Conduct for United States Judges.

The Clerk of the Court is DIRECTED to randomly reassign this case.

DONE this 14th day of July, 2021.

                                        /s/ Emily C. Marks
                                EMILY C. MARKS
                                CHIEF UNITED STATES DISTRICT JUDGE